UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

MYKAYLA FAGNANI, ON BEHALF
OF HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

                  Plaintiffs,

           v.

MAUI BABE, INC.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

No.: 1:25-cv-5193

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

        Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and

without fees and costs against Defendant, MAUI BABE, INC.

Dated:   New York, New York
         Nov. 11, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Jeffrey M. Gottlieb</u>
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge